1044

[No. 57422-1-I. Division One. March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIX REPILADO MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01420-1, John P. Erlick, J., entered May 3, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57517-1-I. Division One. March 19, 2007.]

GEORGE S. ADAMS III, *as Personal Representative, Respondent*, v. DARLENE SUTTEN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 04-2-00356-6, Susan K. Cook, J., entered March 21, 2006. *Reversed* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Coleman, J.

[No. 57667-4-I. Division One. March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. B.J.V.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-01479-4, Harry J. McCarthy, J., entered January 13, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57811-1-I. Division One. March 19, 2007.]

CHERYL MCVICKER, *Appellant*, v. COSTCO, *Respondent*.

Appeal from judgments of the Superior Court for Snohomish County, No. 05-2-05898-4, Thomas J. Wynne and Michael T. Downes, JJ., entered November 16, 2005, and January 27 and February 23, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Appelwick, C.J., and Schindler, J.